No. 78–829. BLUE v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 78–868. HUMMEL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78–877. CONNOLLY ET AL. v. PENSION BENEFIT GUARANTY CORP. C. A. 9th Cir. Certiorari denied.

No. 78–882. FORSTER v. UNITED STATES; and
No. 78–885. ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 585 F. 2d 391.

No. 78–908. DEANGELO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–915. BROUSSARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–921. RUCCI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–925. OREGON STATE PENITENTIARY ET AL. v. HAMMER. Sup. Ct. Ore. Certiorari denied.

No. 78–943. THOMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 78–970. ROWLETT ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–978. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL 13 v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 78–984. CARR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.